BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Zhi Jian Jiang, | No. 2:10-cv-3050 FCD EFB |
| Plaintiff, | STIPULATION AND ORDER RE: DISMISSAL |
| v. | |
| Alejandro Mayorkas, Director of United States Citizenship and Immigration Services, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff challenged the delay in adjudication of his application for naturalization by defendant United States Citizenship and Immigration Services. This application has since been adjudicated. Accordingly, the parties stipulate to the dismissal of this lawsuit.

Dated: January 5, 2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Chung N. Phang
Chung N. Phang
Attorney for the Plaintiffs

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed.

IT IS SO ORDERED.

DATED: January 6, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE